**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
4

5   KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
6

7   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:    (415) 436-7071
8   Facsimile:    (415) 436-7234
Email: kevin.barry@usdoj.gov
9

10  Attorneys for Plaintiff

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   CR No.  09-mj-70139 MEJ
                                       )
17          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   CHANGING HEARING DATE AND
18      v.                             )   EXCLUDING TIME UNDER FED. R. CRIM.
                                       )   P. 5.1 and 18 U.S.C. § 3161
19  FRANK SALVADOR SOLORZA,            )
                                       )
20          Defendant.                 )
                                       )
21  _____)

22

23

24          On February 12, 2009, the parties in this case appeared before the Court for the

25  defendant's detention hearing.  At that time, the Court set the date for the defendant's

26  preliminary hearing or arraignment on February 26, 2009, at 9:30 a.m.  The Court also scheduled

27  a status hearing on the state of the real property securing the Defendant's bond for that same

28  time.

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 09-mj-70139 MEJ                                                                    1

1    Since the February 12, 2009 detention hearing, the defendant has been released on bond

2  and has retained counsel. Through this Stipulation, the parties hereby request that the date of a

3  preliminary hearing or arraignment be rescheduled from February 26, 2009 to March 11, 2009.

4  The parties wish to keep the status conference regarding the bond for February 26, 2009,

5  however.

6    The parties request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d),

7  the time limits set forth in FRCP 5.1(c) be extended through March 11, 2009. The parties agree

8  that, taking into account the public interest in prompt disposition of criminal cases, good cause

9  exists for this extension. In particular, the defendant has recently retained counsel who is taking

10  over representation of the defendant from the Federal Public Defender's Office, who represented

11  the defendant during his initial appearance and detention hearing.

12    The parties also request that the Court exclude the period of time from the date of this

13  Order through March 11, 2009 from any time limits applicable under 18 U.S.C. § 3161. The

14  parties represent that granting the continuance provides the reasonable time necessary for

15  continuity and preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also

16  agree that the ends of justice served by granting such a continuance outweigh the best interests of

17  the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

18

19  SO STIPULATED:

JOSEPH P. RUSSONIELLO
20                                                    United States Attorney

21

22  DATED: February 20, 2009          _____/s/_____
KEVIN J. BARRY
23                                                    Assistant United States Attorney

24

25  DATED: February 20, 2009          _____/s/_____
ALAN A. DRESSLER
26                                                    Attorney for FRANK SALVADOR SOLORZA

27

28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 09-mj-70139 MEJ                                                                                  2

1

**[PROPOSED] ORDER**

2  For the reasons stated above, the Court finds: (1) that the defendant's preliminary hearing

3  or arraignment shall be moved from February 26, 2009 to March 11, 2009 at 9:30 a.m.; (2) that a

4  status hearing on the defendant's bond shall be held on February 26, 2009 at 9:30 a.m.; (3) that

5  the extension of time for the defendant's preliminary hearing or arraignment through March 11,

6  2009 is warranted; (4) that the time between the date of this Order and March 11, 2009 shall be

7  excluded from any time limits applicable under 18 U.S.C. § 3161, to ensure preparation and

8  continuity of counsel; and (5) that the ends of justice served by the continuance outweigh the best

9  interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A). The

10  failure to grant the requested continuance would deny the defendant effective preparation of

11  counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

12

13  **IT IS SO ORDERED.**

14

15  DATED:

THE HONORABLE MARIA-ELENA JAMES
16  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 09-mj-70139 MEJ                                                                                    3