Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104

Tel. (415) 421-7980
Fax (415) 421-7021

Attorney for Defendant
Frank Salvador Solorza

**FILED**

FEB 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. ~~09-70139 MEJ~~ CR 09-217 PJH |
| Plaintiff, | ) STIPULATION AND ~~[PROPOSED]~~ ORDER |
| | ) MODIFYING CONDITIONS OF RELEASE |
| v. | ) OF DEFENDANT FRANK SALVADOR |
| | ) SOLORZA |
| FRANK SALVADOR SOLORZA, | ) |
| Defendant. | ) |

For good cause shown and based upon the agreement of the parties and Pretrial Services it is hereby ordered that the conditions of release of defendant FRANK SALVADOR SOLORZA are modified as follows:

1. The requirement of electronic monitoring, GPS surveillance, and curfew is stricken.

2. Defendant Solorza may leave the Northern District of California on Friday, March 13, 2009

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT FRANK SALVADOR SOLORZA

and travel to Cypress, CA with his wife and children in order to attend his daughter's soccer tournament. Defendant Solorza shall return to the Northern District of California on or before 12:00 p.m. on Monday, March 16, 2009. Defendant Solorza shall contact his pretrial services supervisor immediately upon his return to the Northern District.

3. All other conditions of release shall remain the same.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February __, 2009        _____/s/_____
                                KEVIN J. BARRY
                                Assistant United States Attorney

DATED: February __, 2009        _____/s/_____
                                ALAN A. DRESSLER
                                Attorney for FRANK SALVADOR SOLORZA

**IT IS SO ORDERED.**

DATED: 2-27-09

THE HONORABLE MARIA-ELENA JAMES

United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT FRANK SALVADOR SOLORZA