UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANK SALVADOR SOLORZA,

    Defendant.

_____/

No. CR 09-0217 PJH

**ORDER RE DEFENDANT'S MOTION FOR DISCOVERY**

Defendant's discovery motion came before this court on July 29, 2009. The government appeared through its counsel, Assistant United States Attorney Kevin Barry, and defendant appeared through his counsel, Alan Dressler.

The court granted in part and denied in part Solorza's motion for the reasons stated on the record. In sum, the court denied Solorza's request for any information related to the immigration "fixer," including information regarding the "fixer's" identity, the government's investigation into the "fixer," and any other clients of the "fixer." Regarding Solorza's request for information as to Solorza's coconspirators in the extortion scheme, the government stated on the record that it is currently unaware of the identity of the alleged coconspirators. In the event the government locates the coconspirators, it should disclose their identities to Solorza and any other related information required by Federal Rule of Criminal Procedure 16. Finally, regarding Solorza's request for impeachment information

related to the Escatels, the government should provide Solorza with copies of the Escatels' green card applications, but is entitled to redact private information in accordance with the E-Government Act and Civil L.R. 3-17.

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge