JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kevin.barry@usdoj.gov
            denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK SALVADOR SOLORZA,<br><br>    Defendant. | CR. No. 09-0217 PJH<br><br>**BRIEF STATEMENT OF THE CASE** |

       In this case, the government alleges that the defendant, Frank Solorza, conspired with unknown persons to commit the following crimes: impersonation of a federal official; demanding money while impersonating a federal official; and attempted extortion by someone falsely claiming to be a federal official. The government alleges that the defendant aided and abetted unknown persons in the commission of these crimes and that the defendant committed the crimes himself. Specifically, the government alleges that from February 2, 2009 through February 10, 2009, the defendant and his co-conspirators claimed to be working with and posed as an

BRIEF STATEMENT OF THE CASE
CR 09-0217 PJH

immigration official, and in this capacity, demanded $50,000 to correct false statements on permanent residence paperwork that two married couples and two individuals submitted to the government.

    Mr. Solorza has pled not guilty to the charges and maintains that he is innocent.

Dated: June 20, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
KEVIN J. BARRY
DENISE MARIE BARTON
Assistant United States Attorneys


_____/s/_____
FRANK BELL
Attorney for Defendant Frank Salvador Solorza