UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 09-0217 PJH |
|      Plaintiff, | ) | |
| | ) | VERDICT |
|     v. | ) | |
| FRANK SALVADOR SOLORZA, | ) | |
|     Defendant. | ) | |

1.   We, the Jury in the above entitled case, unanimously find the defendant,

FRANK SALVADOR SOLORZA,_____*Guilty*_____, of conspiracy, as
                          *Guilty/Not Guilty*

charged in Count One of the superseding indictment, with all of us agreeing on at least one overt

act committed by a member of the conspiracy for the purpose of carrying out the conspiracy.

    a. *If you have found the defendant guilty in Count One, then please answer the following question:*

    We, the Jury in the above-entitled case, unanimously find that the crime that was the object of the conspiracy was (check all that apply):

    __✓__   to impersonate a federal officer

    __✓__   to demand money in the false and pretended capacity of a federal officer

    __✓__   extortion by a federal officer

2.   We, the Jury in the above entitled case, unanimously find the defendant,

FRANK SALVADOR SOLORZA,_____*Guilty*_____, of impersonating a federal
                          *Guilty/Not Guilty*

officer, an immigration officer, or aiding and abetting another to do so, as charged in Count Two

of the superseding indictment.

3.   We, the Jury in the above entitled case, unanimously find the defendant,

FRANK SALVADOR SOLORZA,_____*Guilty*_____, of demanding $50,000 to
                          *Guilty/Not Guilty*

correct problems on applications for permanent residence in the false and pretended capacity of

an immigration officer, or aiding and abetting another to do so, as charged in Count Three of the

superseding indictment.

4.   We, the Jury in the above entitled case, unanimously find the defendant,

FRANK SALVADOR SOLORZA,_____*Guilty*_____, of falsely representing himself
                          *Guilty/Not Guilty*

as a federal officer and attempting to extort a person with the initials J.E. in the amount of

$10,000, or aiding and abetting another to do so, as charged in Count Four of the superseding

indictment.

//

//

VERDICT                                    2

1        5.    We, the Jury in the above entitled case, unanimously find the defendant,

2  FRANK SALVADOR SOLORZA, _____Guilty_____, of falsely representing

                                *Guilty/Not Guilty*

3  himself as a federal officer and attempting to extort persons with the initials R.E. and V.E. in the

4  amount of $15,000, or aiding and abetting another to do so, as charged in Count Five of the

5  superseding indictment.

6

7        6.    We, the Jury in the above entitled case, unanimously find the defendant,

8  FRANK SALVADOR SOLORZA, _____Guilty_____, of falsely representing himself

                                *Guilty/Not Guilty*

9  as a federal officer and attempting to extort persons with the initials G.E. and I.E. in the amount

10  of $15,000, or aiding and abetting another to do so, as charged in Count Six of the superseding

11  indictment.

12

13        7.    We, the Jury in the above entitled case, unanimously find the defendant,

14  FRANK SALVADOR SOLORZA, _____Guilty_____, of falsely representing himself

                                *Guilty/Not Guilty*

15  as a federal officer and attempting to extort a person with the initials J. R.E. in the amount

16  of $10,000, or aiding and abetting another to do so, as charged in Count Seven of the

17  superseding indictment.

18

19

20  DATED: _____June 30_____, 2010

                                                                                   

21                         FOREPERSON    MARK BELLINGER

22

23

24

25

26

27

28

Verdict                        3