BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant FRANK SALVADOR SOLORZA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09 - 00217 PJH [DMR] |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **MODIFYING RELEASE CONDITIONS** |
| vs. | ) | **TO PERMIT TRAVEL TO CENTRAL** |
| | ) | **DISTRICT OF CALIFORNIA** |
| FRANK SALVADOR SOLORZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Frank Salvador Solorza wishes to travel to Manhattan Beach in Los Angeles County, California, this weekend to attend his daughter's soccer tournament. With Pretrial Services' authorization, Mr. Solorza previously has traveled to his daughter's soccer events during the course of this case. Defense counsel has spoken with U.S. Pretrial Services Officer Josh Libby, and Mr. Libby has no objection to Mr. Solorza's proposed travel. Mr. Solorza proposes driving to Manhattan Beach on Saturday, August 28, 2010, and returning to his home in Redwood City on Sunday, August 29, 2010.

It is therefore STIPULATED AND AGREED that Mr. Solorza's release conditions be modified to permit him to travel to the Central District of California at the times and for the purposes stated in the preceding paragraph. Mr. Solorza shall continue to abide by his existing release conditions and such other conditions as Pretrial Services deems appropriate.

Dated: August 27, 2010

/S/
_____
KEVIN BARRY
Assistant United States Attorney

Dated: August 27, 2010

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ JEROME E. MATTHEWS

Good cause appearing therefor, IT IS ORDERED that Frank Solorza's release conditions be modified to permit travel to the Central District of California at the times and for the purposes stated in the foregoing stipulation. Mr. Solorza shall continue to abide by his existing release conditions and such other conditions as Pretrial Services deems appropriate.

Dated: August 27, 2010

_____
DONNA M. RYU
United States Magistrate Judge